|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>May 13, 2025<br>CLERK, US DISTRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>HADI AHMAD ELKOT,<br><br>    Defendant. | Case No. 2:25-mj-00080-CSK<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  HADI AHMAD ELKOT ,

Case No.  2:25-mj-00080-CSK , 18 USC § 1343, from custody

   x    Release on Personal Recognizance

\_\_\_\_\_    Bail Posted in the Sum of $ $ _____

\_\_\_\_\_    Unsecured Appearance Bond $ $ _____

\_\_\_\_\_    Appearance Bond with 10% Deposit

\_\_\_\_\_    Appearance Bond with Surety

\_\_\_\_\_    Corporate Surety Bail Bond

\_\_\_\_\_    (Other): Click here to enter text.

Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on May 13, 2025 at 2:00 PM

By: *(signed)* Chi Soo Kim

Magistrate Judge Chi Soo Kim